# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### GOODNOW v. PLUMBE ET AL.

GOODNOW v. MOULTON, 51 Iowa, 555, followed.

*Appeal from Webster Circuit Court.*

WEDNESDAY, SEPTEMBER 17.

THE record in this case presents for determination the same questions decided in *Goodnow v. Moulton et al.*, at present term.

*George Crane* and *John Doud, Jr.*, for appellant.

*D. B. Henderson*, for appellees.

SEEVERS, J.—*Goodnow v. Moulton et al.*, 51 Iowa, 555, is decisive of the questions raised in this.

What effect the sale and conveyance of the land to others will have on the rights of the parties is not determined. The same order in the case cited must be made in this.

REVERSED.